August 5, 2019

The Honorable Arlene R. Lindsay
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re: *Triplenet Pricing, Inc. v. Ingersoll-Rand Public Limited Company,* 2:19-cv-03861-SJF-ARL – Stipulated Motion to Extend Time For Defendant to Answer, Move, or Otherwise Respond to Complaint

Dear Magistrate Judge Lindsay:

 Defendant Ingersoll-Rand Public Limited Company ("Ingersoll-Rand" or "Defendant") and Plaintiff Triplenet Pricing, Inc. ("Plaintiff") respectfully submit this stipulated letter motion requesting that this court extend Ingersoll-Rand's time to answer, move, or otherwise respond to Plaintiff's Complaint for a period of 60 days, making the Ingersoll-Rand's answer, motion, or other response due on October 4, 2019.

 Defendant's counsel, Vorys, Sater, Seymour and Pease LLP, was retained in this matter on Friday, August 2, 2019, and local counsel Clarick Gueron Reisbaum LLP was retained this morning, Monday, August 5, 2019. The Defendant requested time to evaluate the allegations contained in the Complaint and to prepare a response thereto, and Plaintiff's counsel agreed to provide Defendant 60 days for Defendant to do so. The parties have attached a proposed order to this stipulated letter motion.



Nicole Gueron
ngueron@cgr-law.com
Direct: 212.633.4312

Respectfully submitted,

_____  /s/ _Solomon E. Antar_____
Nicole Gueron                Solomon E. Antar
220 Fifth Avenue             26 Court Street
14th Floor                   Ste. 1200
New York, NY 10001           Brooklyn, NY 11242
Telephone: (212) 633-4310    Telephone: (718) 769-3200
ngueron@cgr-law.com          solomon@antarlawfirm.com

*Attorney for Defendant Ingersoll-Rand Public*   *Attorney for Plaintiff Triplenet Pricing, Inc*
*Limited Company*

cc:  Judge Sandra J. Feuerstein (via mail and ECF)

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRIPLENET PRICING, INC.<br>*Plaintiff*<br><br>v.<br><br>INGERSOLL-RAND PUBLIC LIMITED COMPANY.<br>*Defendant* | Civil Action No.: 1:19-cv-3861-SJF-ARL |

## [PROPOSED] ORDER ON STIPULATED MOTION TO EXTEND TIME FOR DEFENDANT TO ANSWER, MOVE, OR OTHERWISE RESPOND TO COMPLAINT

Based upon the stipulation of the parties (Doc. No. 4), IT IS ORDERED that Defendant Ingersoll-Rand Public Limited Company, shall have until Friday, October 4, 2019, to move, plead, or otherwise respond to the Complaint brought by Plaintiff Triplenet Pricing, Inc. in this matter.

**IT IS SO ORDERED.**

**SIGNED** and **ENTERED** this \_\_\_\_\_ day of _____ 2019.

_____
The Honorable Arlene R. Lindsay
Magistrate Judge, Eastern District of New York