ANTAR LAW FIRM, PLLC
*Attorneys for the Plaintiff*
Solomon E. Antar, Esq. (SEA 7804)
26 Court Street, Suite 1200
Brooklyn, NY 11242
Tel. 718-769-3200
*solomon@antarlawfirm.com*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

TRIPLENET PRICING, INC.,

Plaintiff,

Vs.

INGERSOLL-RAND PUBLIC LIMITED COMPANY,

Defendants.

Civil Action File No.
19-cv-3861 (SJF) (ARL)

VOLUNTARY DISCONTINUANCE
(FRCP 41)

Whereas, no answer or pre-answer motion to the complaint has been submitted by defendant INGERSOLL-RAND PUBIC LIMITED COMPANY,

The plaintiff hereby dismisses the complaint and voluntarily discontinues this action against said defendant pursuant to Rule 41 FRCP.

Dated, Brooklyn, NY
September 9, 2019

/s/
SOLOMON E. ANTAR (SEA-7804)
Attorney for Plaintiff